**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No. C 13-4929 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| G. D. LEWIS; et al., | |
| Defendants. | |

Defendants have filed a motion for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Brian Kao, the court GRANTS the request. (Docket # 32.) The court now sets the following new briefing schedule: Defendants must file and serve their dispositive motion no later than **December 19, 2014**. *No further extensions of this deadline should be expected.* Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **January 16, 2015**. Defendants must file and serve their reply brief (if any) no later than **January 30, 2015**.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
SUSAN ILLSTON
United States District Judge