UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY, JR., | No. C 13-4929 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| G. D. LEWIS; et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file his opposition to defendants' motion to dismiss. Upon due consideration, the court GRANTS the request. (Docket # 38.) The court now sets the following new briefing schedule: Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 27, 2015**. Defendants must file and serve their reply brief (if any) no later than **April 10, 2015**.

Plaintiff stated that he needs additional time because he was transferred and separated from his legal materials while preparing his opposition. Replacement copies of at least some of those documents can be sent to him now so he can work on his opposition brief. Defendants shall send to plaintiff a copy of Docket # 1 (complaint), # 1-2 (exhibits to complaint), and # 36 (motion to dismiss) no later than **January 28, 2015**.

IT IS SO ORDERED.

Dated: January 21, 2015

_____
SUSAN ILLSTON
United States District Judge