UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARDOS GRAY, JR.,

    Plaintiff,

v.

G. D. LEWIS; et al.,

    Defendants.

        /

No. C 13-4929 SI (pr)

**ORDER DISMISSING REQUEST FOR PRELIMINARY INJUNCTION**

In this action, plaintiff sues prison officials for impeding his efforts to practice his House of Yahweh religion at Pelican Bay State Prison by denying him a kosher diet and other religious accommodations. Plaintiff filed a "motion for temporary injunctive order" to compel prison officials to provide kosher meals to him. Docket # 42. The court construed the motion to be a motion for a preliminary injunction, and set a briefing schedule. The parties then separately informed the court that prison officials have approved plaintiff's request for a kosher diet and are providing kosher meals to him. The "motion for temporary injunctive order" therefore is DISMISSED as moot. Docket # 42. Plaintiff's request for the motion for a preliminary injunction to be taken off calendar is GRANTED. Docket # 50.

The parties are reminded that the following briefing schedule remains in place for defendants' motion to dismiss: Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 27, 2015**. Defendants must file and serve their reply brief (if any) no later than **April 10, 2015**.

IT IS SO ORDERED.

Dated: February 12, 2015

_____
SUSAN ILLSTON
United States District Judge