UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARDOS GRAY, JR.,

    Plaintiff,

v.

G. D. LEWIS; et al.,

    Defendants.
                                      /

No. C 13-4929 SI (pr)

**ORDER DENYING REQUEST FOR PRELIMINARY INJUNCTION AS MOOT**

In this action, plaintiff sued prison officials for impeding his efforts to practice his House of Yahweh religion at Pelican Bay State Prison by denying him a kosher diet and other religious accommodations. At the parties' mutual request, this action was referred to the *Pro Se* Prisoner Mediation Program on June 29, 2015, with an instruction that the mediation proceedings take place within 120 days. *See* Docket # 56 at 12. On August 18, 2015, the court denied plaintiff's second motion for a preliminary injunction regarding meal service "without prejudice to plaintiff filing a new motion with an adequate evidentiary presentation, but only if the parties are unable to resolve their disputes through mediation." Docket # 57.

Plaintiff has filed another motion for a preliminary injunction requiring prison officials to forward his legal materials to him in his new prison. Docket # 59. Plaintiff was paroled on September 2, 2015, two days after his motion was filed. *See* Docket # 60. Plaintiff's release from CDCR custody makes his motion for a preliminary injunction moot. *See generally Dilley v. Gunn*, 64 F.3d 1365, 1368-69 (9th Cir. 1995) ("An inmate's release from prison while his claims are pending generally will moot any claims for injunctive relief relating to the prison's

policies"). Since he is no longer in the custody of the CDCR, plaintiff needs to make arrangements to have his property sent to his home or some other address outside prison. Plaintiff's motion for a preliminary injunction is DENIED as moot. Docket # 59.

Finally, the court recently requested that Magistrate Judge Vadas schedule a mediation session for this action in September 2015. Docket # 58 at 2. In light of plaintiff's release from custody, the need for mediation on an accelerated schedule is no longer present. Magistrate Judge Vadas is requested to schedule this matter for mediation within **ninety days** of the date of this order. The clerk shall send a copy of this order to Magistrate Judge Vadas.

IT IS SO ORDERED.

Dated: September 8, 2015

_____
SUSAN ILLSTON
United States District Judge