UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BERNARDOS GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>        Defendants. | Case No. 13-cv-04929-SI (NJV)<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BERNARDOUS GRAY inmate no. 4733910, presently in custody at the Sacramento County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: October 27, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Head Jailer, Sacramento County Jail

        GREETINGS

WE COMMAND that you have and produce the body of BERNARDOUS GRAY, inmate no.

4733910, in your custody in the hereinabove-mentioned institution, before the United States District Court at 450 Golden Gate Ave., San Francisco, Courtroom D at 1:00 p.m. on December 22, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of GRAY v. LEWIS, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: October 27, 2015

SUSAN SOONG
CLERK, UNITED STATES DISTRICT COURT
By: Linn Van Meter
Administrative Law Clerk

Dated: October 27, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

2