UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY,<br><br>    Plaintiff,<br><br>  v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-04929-SI<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 67 |

This action was referred to the *pro* se prisoner settlement program several months ago, and Magistrate Judge Vadas held a settlement conference on December 22, 2015. The parties were unable to reach a settlement. See Dkt. No. 66. Now that the settlement proceedings have concluded, defendants request the court to set a briefing schedule for a motion for summary judgment they anticipate filing. Upon due consideration, defendants' request is GRANTED. Dkt. No. 67. The court now sets the following schedule:

Defendants must file and serve their motion for summary judgment no later than **March 18, 2016**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **April 15, 2016.** Defendants must file and serve their reply brief, if any, no later than **May 6, 2016**. Plaintiff is cautioned to read the notice regarding summary judgment motions on pages 6-7 of the order of service.

  **IT IS SO ORDERED**.

Dated: January 7, 2016

                        _____
                        SUSAN ILLSTON
                        United States District Judge