1

2

3

4                           UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7     BERNARDOS GRAY,                              Case No.  13-cv-04929-SI

                    Plaintiff,
8
                                                   **ORDER EXTENDING DEADLINES**
9         v.
                                                   Re: Dkt. No. 70
10    G. D. LEWIS, et al.,

11                  Defendants.

12

13          Defendants have filed a request for an extension of the deadline to file their motion for

14    summary judgment.  Upon due consideration of the request and the accompanying declaration of

15    attorney Bryan Kao, the court GRANTS the request.  (Docket No. 70.)  The court now sets the

16    following new briefing schedule:  Defendants must file and serve their motion for summary

17    judgment no later than **May 20, 2016**.  Plaintiff must file and serve on defense counsel his

18    opposition to the motion for summary judgment no later than **June 17, 2016**.  Defendants must

19    file and serve their reply brief (if any) no later than **July 1, 2016**.

20          **IT IS SO ORDERED**.

21    Dated:  April 1, 2016

22                                                 _____

23                                                 SUSAN ILLSTON
                                                   United States District Judge
24

25

26

27

28

United States District Court
Northern District of California