UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARDOS GRAY,

    Plaintiff,

    v.

G. D. LEWIS, et al.,

    Defendants.

Case No. 13-cv-04929-SI

**SCHEDULING ORDER**

Re: Dkt. Nos. 75, 78

    Defendants have filed a request for an extension of the deadline to file their motion for summary judgment. Upon due consideration of the request and the accompanying declaration of attorney Bryan Kao, the court GRANTS the request. (Docket No. 75.) The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment no later than **July 29, 2016**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **August 26, 2016**. Defendants must file and serve their reply brief (if any) no later than **September 9, 2016.**

    Defendants have filed a statement informing the court of a discovery dispute with plaintiff. Docket No. 78. Plaintiff must file and serve his opposition to the defendants' discovery statement no later than **June 3, 2016**. Defendants must file and serve any reply brief no later than **June 13, 2016**.

    **IT IS SO ORDERED**.

Dated: May 16, 2016

SUSAN ILLSTON
United States District Judge