UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-04929-SI<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 82 |

Plaintiff's motion for reconsideration of the June 23, 2016 order compelling plaintiff to provide discovery is DENIED. (Docket No. 82.) Plaintiff was aware of and chose not to oppose defendant's discovery letter (*see* Docket No. 82 at 6), although the court had set an unambiguous briefing schedule (*see* Docket No. 79) giving plaintiff ample time to oppose the defendant's discovery letter. Despite plaintiff's contention to the contrary, the court is under no obligation to warn a litigant of the consequences of ignoring a court-ordered deadline. Plaintiff's other arguments as to why he should not have to produce discovery are offered too late and are meritless.

**IT IS SO ORDERED**.

Dated: July 29, 2016

_____
SUSAN ILLSTON
United States District Judge