UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARDOS GRAY,

    Plaintiff,

    v.

G. D. LEWIS, et al.,

    Defendants.

Case No. 13-cv-04929-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. Nos. 83, 87

    Defendants and plaintiff have requested that the deadline to file motions for summary judgment be extended due to their ongoing discovery issues. Upon due consideration, their requests for extensions of the deadline to file motions for summary judgment are GRANTED. (Docket Nos. 83 and 87.) The court now sets the following new briefing schedule: Defendants must file and serve their motion for summary judgment no later than **October 29, 2016**. Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment no later than **November 25, 2016**. Defendants must file and serve their reply brief (if any) no later than **December 9, 2016**.

    If plaintiff wishes to file a motion for summary judgment, he must file and serve his motion for summary judgment no later than **October 29, 2016**. Defendants must file and serve their opposition to the motion for summary judgment no later than **November 25, 2016**. Plaintiff must file and serve his reply brief (if any) no later than **December9, 2016.**

    Plaintiff is cautioned that he must file an opposition to defendants' motion for summary judgment, and may not simply rely on his own motion for summary judgment to present his evidence and argument to be considered in opposition to a defense motion for summary judgment.

The court notes that this case has been pending several years, with what appears to be rather limited progress toward its resolution. The parties are encouraged to give this case a high priority to move it forward.

**IT IS SO ORDERED**.

Dated:   August 12, 2016

_____
SUSAN ILLSTON
United States District Judge