UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>G. D. LEWIS, et al.,<br><br>    Defendants. | Case No. 13-cv-04929-SI<br><br>**ORDER EXTENDING DEADLINES AND FOR STATUS REPORT**<br><br>Re: Dkt. No. 106 |

Defendants filed a motion for summary judgment on October 19, 2016. Within a week, plaintiff filed a request for a 60-day extension of the deadline to file his opposition to defendants' motion. Plaintiff states in his request that he has ongoing discovery issues, he has been moved from Sacramento County Jail to Napa State Hospital, he currently does not have access to his several boxes of legal materials at Napa State Hospital, and he does not know when he will receive access to his legal materials.

Plaintiff's request for an extension of the deadline is GRANTED. (Docket No. 106.) Plaintiff must file and serve his opposition to defendants' motion for summary judgment no later than **January 6, 2017.** Defendants must file and serve their reply brief no later than **January 20, 2017.** Plaintiff may not file his own motion for summary judgment until after he files an opposition to defendants' motion for summary judgment.

No later than **December 9, 2016**, plaintiff must file and serve a status report in which he answers the following questions: (1) what charges, if any, are pending against plaintiff in Sacramento County Superior Court? (2) what charges, if any, has plaintiff been convicted of in Sacramento County Superior Court within the last twelve months? (3) does plaintiff currently have a prison sentence remaining to be served? (4) how long does plaintiff expect to remain at

1  Napa State Hospital?  (5) where does plaintiff expect to go after he leaves Napa State Hospital?
2  and  (6) why was plaintiff sent to Napa State Hospital (e.g., to regain competency to stand trial or
3  committed upon a determination that he was guilty of a crime but insane at the time of the crime)?

**IT IS SO ORDERED**.

Dated: November 10, 2016

_____
SUSAN ILLSTON
United States District Judge