UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDOS GRAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. D. LEWIS, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-04929-SI<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 113 |

　　Plaintiff's request for an extension of the deadline to file his status report is GRANTED. Docket No. 113. The status report filed on December 21, 2016 (Docket No. 112) is deemed to have been timely filed.

　　On December 13, 2016, plaintiff filed an opposition to defendants' motion for summary judgment and also filed his own motion for summary judgment. The court now sets the following briefing schedule on plaintiff's motion for summary judgment: Defendants must file and serve their opposition to plaintiff's motion for summary judgment no later than **January 27, 2017.** Plaintiff must file and serve his reply, if any, no later than **February 10, 2017.**

　　**IT IS SO ORDERED**.

Dated: January 9, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge