| | |
|---|---|
| KAMALA D. HARRIS<br>Attorney General of California<br>JAY M. GOLDMAN<br>Supervising Deputy Attorney General<br>BRYAN KAO<br>Deputy Attorney General<br>State Bar No. 240242<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone: (415) 703-5564<br> Fax: (415) 703-5843<br> E-mail:  Bryan.Kao@doj.ca.gov<br>*Attorneys for Defendants<br>J. Lozano, R. Losacco, R. Davis, M. Cook,<br>L. Mitchell, and G. Lewis* | ANDREY YURTSAN<br>State Bar No. 294760<br>Louis \| White PC<br>1851 Heritage Lane, Suite 148<br>Sacramento, CA  95815<br>*Attorneys for Plaintiff Bernardos Gray* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **BERNARDOS GRAY, JR.,**<br><br>                                           Plaintiff,<br><br>     v.<br><br>**G.D. LEWIS, et al.,**<br><br>                                           Defendants. | C 13-4929 SI (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Bernardos Gray and Defendants Lozano, Losacco, Davis, Cook, Mitchell, and Lewis, have resolved this case in its entirety.  In accordance with their settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice.  The filing of this stipulation automatically terminates this action.

   / / /

   / / /

   / / /

Each party shall bear their own costs and attorney fees in connection with this action.

It is so stipulated.

Dated: July 10, 2017                                       */s/ Andrey Yurtsan*
                                                           Andrey Yurtsan
                                                           Louis | White PC
                                                           *Attorneys for Plaintiff Bernardos Gray*

Dated: July 10, 2017                                       */s/ Bryan Kao*
                                                           Bryan Kao
                                                           Deputy Attorney General
                                                           California Attorney General's Office
                                                           *Attorneys for Defendants*
                                                           *J. Lozano, R. Losacco, R. Davis, M. Cook,*
                                                           *L. Mitchell, and G. Lewis*

**IT IS SO ORDERED.**

Dated: _____                          _____
                                                           The Honorable Susan Illston
                                                           United States District Judge

\* As required under Northern District Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Andrey Yurtsan.

SF2014407539
20800557.doc

# CERTIFICATE OF SERVICE

Case Name:   **Gray v. Lewis, et al.**          No.   **C 13-4929 SI (PR)**

I hereby certify that on <u>July 11, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 11, 2017</u>, at San Francisco, California.

|  M. Luna  |  /s/ M. Luna  |
|-----------|---------------|
| Declarant | Signature     |

SF2014407539
20999881.doc